LAWRENCE G. BROWN
Acting United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Marilyn Collins

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and MARILYN COLLINS, Revenue Officer, Internal Revenue Service,<br><br>　　　　Petitioners,<br><br>　v.<br><br>SHERI I. PROVOST,<br><br>　　　　Respondent. | 1:09-cv-00961-AWI-GSA<br><br>**ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS**<br><br>**Date:** August 21, 2009<br>**Time:** 9:30 a.m.<br>**Ctrm:** 10 |

Upon review of Petitioners United States of America and Revenue Officer Marilyn Collins' Petition to Enforce Internal Revenue Service Summons, the Memorandum of Points and Authorities and Declaration of Revenue Officer Marilyn Collins filed in support of the petition,

IT IS HEREBY ORDERED that Respondent SHERI I. PROVOST ("Respondent") appear before the District Court for the Eastern District of California, in Courtroom No. 10, on the 21st day of August, 2009, at 9:30 a.m., to show cause why she should not be compelled to obey the Internal Revenue Service summons served upon her on August 13, 2008, and attached to the Declaration of Marilyn Collins.

IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy each of the Petition to Enforce Internal Revenue Service Summons, the

1  Memorandum of Points and Authorities and Declaration of Marilyn Collins filed in support of
2  the petition, shall be served upon Respondent on or before July 16, 2009.
3      IT IS HEREBY FURTHER ORDERED that within 30 days of service of a copy of this
4  Order to Show Cause and accompanying papers, Respondent shall file and serve a written
5  response to the Petition to Enforce Internal Revenue Service Summons, supported by appropriate
6  declaration(s), as well as any motions the Respondent desires to make.  The United States may
7  file a reply within 14 days from the date of service of Respondent's response.   All motions and
8  issues raised by the Respondent will be considered on the return date of this Order, and any
9  uncontested allegations in the Petition to Enforce Internal Revenue Service Summons will be
10 deemed admitted.  Issues that are not raised by motion, or are not brought into controversy by the
11 responsive pleadings and supported by declaration(s), will not be considered on the return date of
12 this Order.

15 IT IS SO ORDERED.
16     Dated:   **June 11, 2009**          **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE