# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and MARILYN COLLINS, Revenue Officer, Internal Revenue Service,<br><br>             Petitioners,<br><br>   v.<br><br>SHERI I. PROVOST,<br><br>             Respondent.<br>_____ | 1:09-cv-00961-AWI-GSA<br><br>**ORDER DIRECTING CLERK TO RETURN UNFILED DOCUMENTS TO RESPONDENT** |

On July 6, 2009, the Court received a set of documents from Respondent in the above captioned matter.  The documents appear to be both  non responsive to any Court order or filing by Petitioners.  Furthermore, they are not recognizable as legal filings pertinent to this action.  As a result, the Court cannot discern Respondent's intent in submitting these documents and therefore orders that these documents be returned, unfiled, to Respondent.

IT IS SO ORDERED.

Dated: __ **July 14, 2009** __    _____ **/s/ Gary S. Austin** _____
UNITED STATES MAGISTRATE JUDGE