1 LAWRENCE G. BROWN
United States Attorney
2 JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
3 United States Courthouse
2500 Tulare Street, Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6 Attorneys for Petitioners United States of America
and Revenue Officer Marilyn Collins
7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA and ) 1:09-cv-00961-AWI-GSA
MARILYN COLLINS, Revenue )
12 Officer, Internal Revenue Service, )
) **PETITIONERS' REQUEST FOR**
13 Petitioners, ) **CONTINUANCE OF ORDER TO SHOW**
) **CAUSE HEARING; ORDER THEREON**
14 v. )
)
15 SHERI I. PROVOST, ) **OLD HEARING DATE:**
)
16 Respondent. ) **Date:** August 21, 2009
) **Time:** 9:30 a.m.
17 _____ ) **Ctrm:** 10

18
**NEW HEARING DATE:**
19
**Date:** September 25, 2009
20 **Time:** 9:30 a.m.
**Ctrm:** 10

21

22

23

24

25      Petitioners United States of America and Revenue Officer Marilyn Collins (collectively,

26 "the United States"), by and through undersigned counsel, hereby request that the Court grant a

27 continuance of the Order to Show Cause Hearing to Enforce Internal Revenue Service Summons,

28 currently scheduled for August 21, 2009, to September 25, 2009, at 9:30 a.m.  Respondent Sheri

1  I. Provost, through her husband, Andre Paul Provost, Jr., has requested additional time to allow
2  Respondent to voluntarily comply with the summons.

3                                               Respectfully submitted,

4  Dated: August 12, 2009                       LAWRENCE G. BROWN
                                                United States Attorney
5

6

7                                  By:   /s/ Jeffrey J. Lodge
                                         JEFFREY J. LODGE
8                                        Assistant U.S. Attorney
                                         Attorneys for Petitioners
9                                        United States of America
                                         and Revenue Officer
10                                       Marilyn Collins

11

12                              **ORDER**

13      IT IS HEREBY ORDERED that the Order to Show Cause Hearing is continued to
14  **September 25, 2009, at 9:30 a.m., in Courtroom 10.**

15

16      IT IS SO ORDERED.

17      Dated:   **August 17, 2009**              /s/ **Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE
18