**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>MARILYN COLLINS, Revenue<br>Officer, Internal Revenue Service,<br><br>               Petitioners,<br><br>    v.<br><br>SHERI I. PROVOST,<br><br>               Respondent.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:09-cv-00961-AWI-GSA<br><br><br>**ORDER REGARDING PARTIES'**<br>**REQUEST FOR CONTINUANCE** |

      This matter is currently set for an Order to Show Cause Hearing on September 25, 2009, at 9:30 a.m in Courtroom 10.  In recent filings, the parties have indicated a desire to meet and confer in an effort to settle the case.

      More particularly, Respondent filed a "Notice Request for Forgiveness Offer to Meet" and a "Request Abatement of Proceedings Pending to Settle the Matter" on September 16, 2009.  (Docs. 11-12.)  On September 17, 2009, Petitioners filed a response thereto.  Petitioners ask this Court to order Respondent to make herself available within the next forty-five days at a mutually-agreeable date and time, for a meeting to be held at 2500 Tulare Street, Suite 4401, in Fresno, California, to discuss potential settlement and to allow Respondent's voluntary compliance with the summons.

1    Additionally, Petitioners seek a continuance of the Order to Show Cause Hearing
2 in light of the aforementioned, and further propose Friday, November 13, 2009, at 9:30
3 a.m.

## CONCLUSION & ORDER

In light of the pleadings filed by both parties, and intentions stated therein regarding discussion of a potential settlement, this Court HEREBY ORDERS THAT:

1. Respondent Sheri I. Provost shall make herself available within forty-five (45) days of the date of this Order, at a mutually-agreeable date and time, for the purpose of attending a meeting to discuss potential settlement of this matter. The meeting shall be held at the United States Attorney's Office located at 2500 Tulare Street, Suite 4401, in Fresno, California;

2. The Order to Show Cause Hearing set for September 25, 2009, at 9:30 a.m. in Courtroom 10 is VACATED, and no party need appear;

3. The Order to Show Cause Hearing is CONTINUED to **November 13, 2009, at 9:30 a.m. in Courtroom 10**. Should the matter settle prior to that date, the hearing date will be taken off calendar.

IT IS SO ORDERED.

Dated:   **September 21, 2009**                    **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE