**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and MARILYN COLLINS, Revenue Officer, Internal Revenue Service, ) ) ) | 1:09-cv-00961-AWI-GSA |
| Petitioners, ) | **ORDER VACATING SCHEDULING CONFERENCE** |
| v. ) ) | **ORDER DISMISSING RESPONDENT'S FILING AS MOOT** |
| SHERI L. PROVOST, ) ) | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| Respondent. ) _____ ) | |

On June 1, 2009, Petitioners United States of America and Marilyn Collins, Revenue Officer, Internal Revenue Service, filed a Petition to Enforce Internal Revenue Service Summons. (Doc. 1.)

On June 11, 2009, the Magistrate Judge issued an Order to Show Cause Re Enforcement of the Internal Revenue Service Summons. (Doc. 5.)

A show cause hearing was held on November 13, 2009, wherein all parties appeared. (Doc. 19.)

Thereafter, on November 16, 2009, the Magistrate Judge issued Findings and Recommendations recommending that the petition be granted and that Respondent Sheri L. Provost be ordered to appear before Revenue Officer Collins. (Doc. 20.)

On December 21, 2009, this Court issued an Order Adopting the Findings and Recommendations, wherein Respondent was ordered to appear before Revenue Officer Collins on January 13, 2010, at 10:00 a.m., to provide testimony and produce documents. (Doc. 22.)

On February 1, 2010, Respondent filed a document entitled "Notice of Declaratory Judgment and Record," wherein she lists herself as "Secured Party Creditor, Counter Claimant, [and] Affiant." Respondent seeks an order declaring that she is: (1) "the only party who has put any value into SHERI LYNNE PROVOST;" (2) "the only party entitled to any equity attached to SHERI LYNNE PROVOST;" (3)"entitled to any interpleaded funds related to SHERI LYNNE PROVOST;" and that (4) Petitioners "be barred from any collection of any alleged debts from Sheri Lynne Provost, relating to SHERI LYNNE PROVOST . . .." (Doc. 25 at 10-11.)

On February 9, 2010, Petitioners filed a notice of compliance indicating that Respondent has complied with the tax summons. As a result, Petitioners request the Court close the case and take the scheduling conference off calendar. (Doc. 27.)

That same date, Petitioners filed an opposition to Respondent's Notice for Declaratory Judgment and Record. More particularly, Petitioners oppose Respondent's notice on the basis it was not properly noticed, that Petitioners have requested the Court close the matter and therefore any relief requested by Respondent is moot, and that declaratory judgment is inappropriate to the instant proceeding. (Doc. 28.)

Respondent having complied with the IRS summons, Petitioners' enforcement action is appropriately closed, and Respondent's request for declaratory judgment is moot. Accordingly, it is HEREBY ORDERED that:

    1.    The scheduling conference set for March 16, 2010, at 9:30 a.m., before Magistrate Judge Gary S. Austin be **VACATED**;

//

//

//

2. The notice filed by Respondent on February 1, 2010, be dismissed as **MOOT** in light of Respondent's compliance with the summons that was the subject of this action and Petitioners' request to close the case; and

3. The Clerk of the Court is **DIRECTED** to close this case in its entirety.

IT IS SO ORDERED.

**Dated:**    **February 10, 2010**           **/s/ Anthony W. Ishii**

CHIEF UNITED STATES DISTRICT JUDGE